Frederick M. DONOVAN III, a Minor, by his Mother and Next Friend, Eleanor M. DONOVAN; and Frederick M. Donovan and Eleanor Donovan, Plaintiffs-Appellants,

v.

NORTH KANSAS CITY MISSOURI SCHOOL DISTRICT, Defendant-Respondent.

No. WD 36362.

Missouri Court of Appeals, Western District.

May 21, 1985.

Motion For Rehearing and/or Transfer to Supreme Court Overruled and Denied July 2, 1985.

Thomas C. Capps, Liberty, for plaintiffs-appellants.

Roy A. Larson, Morris, Larson, King, Stamper & Bold, Kansas City, for defendant-respondent.

Before TURNAGE, C.J., and MANFORD and LOWENSTEIN, JJ.

### ORDER

PER CURIAM:

Appeal from dismissal of petition for damages.

Judgment affirmed. Rule 84.16(b).